# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Gordon P. Gallagher

Civil Action No. 22-cv-00458-GPG-SBP

RACHEL SPARROW,
 *Individually and on behalf of her minor child, H.S.,*

    Plaintiff,

v.

UMR, INC.,
THE AMERICAN AIRLINES, INC HEALTH AND WELFARE PLAN FOR ACTIVE
   EMPLOYEES,
AMERICAN AIRLINES, INC.,
    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order entered by Judge Gordon P. Gallagher on March 4, 2024, ECF 78, it is

ORDERED that the [D. 77] Motion for Joint Determination is GRANTED, it is

FURTHER ORDERED that UMR's decision is UPHELD, it is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff, it is

FUTHER ORDERED that the case is closed.

Dated at Grand Junction, Colorado this 4th day of March, 2024.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By:  s/D. Clement
                                          D. Clement
                                          Deputy Clerk